# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Sheila Thompson and Dennis Thompson | ) <br> ) <br> ) |
| Plaintiff(s), | ) <br> ) |
| vs. | )  Case No. |
| Netflix, Inc. | ) <br> ) <br> ) |
| Defendant(s). | ) |

## DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for  Netflix, Inc.  hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

    a. Its parent companies or corporations (if none, state "none"):
    
    None.

    b. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):
    
    None.

    c. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):
    
    None.

2. If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

/s/ Robert P. Berry  
Signature (Counsel for Plaintiff/Defendant)  
Print Name: Robert P. Berry  
Address: 16150 Main Cricle Drive  
City/State/Zip: St. Louis, MO 63017  
Phone: (314) 480-5881  

### Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on: _____, 20_____.

_____  
Signature