# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| SHEILA THOMPSON | ) | |
| AND DENNIS THOMPSON | ) | |
| | ) | |
| Plaintiffs, | ) | CASE NO.: 4:21-cv-01257-HEA |
| | ) | |
| v. | ) | |
| | ) | |
| NETFLIX, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

All parties to this lawsuit, through their counsel of record, dismiss with prejudice all claims in this lawsuit, with each party to bear their own costs.

SCHULTZ LAW GROUP LLC                         BERRY SILBERBERG STOKES PC

By:  /s/ Robert Schultz_____            By:  /s/ Robert P. Berry_____
    Robert Schultz, #35329                          Robert P. Berry, #46236 (MO)
    640 Cepi Drive, Suite A                         Carol M. Silberberg #217658 (CA)
    Chesterfield, MO  63005                         David C. Baxter #62165 (MO)
    636-537-4645                                    16150 Main Circle Dr., Ste. 120
    Fax:  636-537-2599                              St. Louis, MO 63017
    reisenberg@sl-lawyers.com                       Telephone: 314-480-5881
    rschultz@sl-lawyers.com                         Fax: 314-480-5884
    *Attorneys for Plaintiff*                       rberry@berrysilberberg.com
                                   csilberberg@berrysilberberg.com
                                   dbaxter@berrysilberberg.com
                                   *Attorneys for Defendant*